**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 18, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00893-CV
### NO. 14-13-00894-CV

---

### IN RE POC LEASE HOLDINGS, LLC, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 234th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-69511 & No. 2013-12226

---

## MEMORANDUM OPINION

On October 15, 2013, relator POC Lease Holdings, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Wesley Ward, presiding judge of the 234th District Court of Harris County, to (1) vacate an order dated on or about February 26, 2013, denying leave to file a third-party petition; (2) vacate an order dated on or about September 16, 2013,

denying a motion to consolidate two actions; (3) vacate an order dated on or about August 26, 2013, granting a motion to dismiss; and (4) grant other forms of relief pertaining to the joinder of parties and consolidation of claims. Relator also filed an emergency motion for temporary relief, requesting this court to stay all proceedings below pending our decision on the petition for writ of mandamus.

Relator has not established its entitlement to the extraordinary relief of the writ of mandamus. Accordingly, we deny relator's petition and emergency motion.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.